AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America | ) |
| *Plaintiff* | ) |
| v. | ) |
| Christopher Carl Meier | ) |
| *Defendant* | ) |

Case No.    1:23-cr-00419-RMR

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America                                           .

Date:    10/12/2023

/s/ Kyle P. Reynolds
*Attorney's signature*

Kyle P. Reynolds (NY Bar No. 4703856)
*Printed name and bar number*

U.S. Department of Justice, Criminal Division
Child Exploitation and Obscenity Section
1301 New York Avenue, NW
Washington, DC 20005
*Address*

kyle.reynolds@usdoj.gov
*E-mail address*

(202) 616-2842
*Telephone number*

(202) 514-1793
*FAX number*