AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

U.S. DISTRICT COURT
DISTRICT OF COLORADO
2023 OCT 16 AM 11: 13
[ILLEGIBLE] WELL
CLERK
BY_____ DEP. CLK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 23-cr-419-RMR |
| | ) | |
| CHRISTOPHER CARL MEIER | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* CHRISTOPHER CARL MEIER

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute Child Pornography in violation of 18 U.S.C. § 2252A(a)(2) and (b)(1)
Distribution of Child Pornography in violation 18 U.S.C. § 2252A(a)(2) and (b)(1)

Date: 10/04/2023

s/ A. Garcia Garcia - Deputy Clerk
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell - Clerk of Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* 10/6/2023, and the person was arrested on *(date)* 10/12/2023
at *(city and state)* Golden, CO

Date: 10/12/2023

[signature]
*Arresting officer's signature*

Christopher Scrabis, Special Agent
*Printed name and title*